HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| EMI C. LONG, aka EMI C. FARLEY and KIRK P. FARLEY, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>OLYMPIA EMERGENCY SERVICES, PLLC, a Washington Limited Liability Company; PACIFIC WOMEN'S CENTER, LLC, an Oregon Corporation; RICHARD BEYERLEIN, MD; PROVIDENCE ST. JOSEPH HEALTH, a Washington Corporation; PROVIDENCE HEALTH & SERVICES, a Washington corporation; PROVIDENCE HEALTH & SERVICES -WASHINGTON, a Washington corporation, dba PROVIDENCE ST. PETER HOSPITAL and PROVIDENCE MEDICAL GROUP; COREY SULLIVAN MD; JOHN NGO, DO; ARIN BRASETH, MD; BAYER HEALTHCARE, LLC, a Delaware Corporation; BAYER MEDICAL CARE, INC., a Delaware Corp.; and BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation;<br><br>Defendants. | Case No. 3:20-cv-05616-JLR<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE BAYER DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>NOTED ON MOTION CALENDAR: July 23, 2020 |

/ / /

/ / /

STIPULATED MOTION FOR EXTENSION OF TIME TO FILE BAYER DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT - Page 1
(3:20-cv-05468-JLR)

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 382-3852
Facsimile :  (503) 616-3600

1  Pursuant to LCR 7(d)(1), Defendants Bayer Healthcare, LLC, Bayer Medical Care, Inc.,
2  and Bayer Healthcare Pharmaceuticals, Inc. ("Bayer Defendants") move to extend their time to
3  answer or otherwise respond to Plaintiffs' Complaint.

4  The parties have conferred in good faith, and agree that good cause exists to extend the
5  deadline for the Bayer Defendants to answer or otherwise respond to Plaintiffs' Complaint, as
6  the parties are working on dismissal of the claims Plaintiffs have asserted against the Bayer
7  Defendants. The United States District Court for the District of Oregon (McShane, J.) on June
8  24, 2020 dismissed with prejudice nearly identical claims brought by Plaintiffs against Bayer in
9  this case. *See* Dkt. 82, Opinion and Order, *Long v. Pacific Women's Center, LLC*, Case No.
10 6:19-cv-1942-MC (June 24, 2020). The remaining parties in that Oregon case filed a stipulated
11 motion to consolidate that case with this suit. Once that motion is granted and the cases are
12 consolidated before this Court, Plaintiffs intend to dismiss with prejudice their claims against
13 Bayer, thereby obviating the need for Bayer to appear and file a responsive pleading.

14 The parties agree it would be in the interests of efficiency, and would conserve the
15 parties' and Court's resources, if the parties continued to work towards this resolution prior to
16 providing a response to the Complaint.

17 Therefore, the parties stipulate and agree that the deadline for the Bayer Defendants to
18 answer or otherwise respond to Plaintiffs' Complaint should be extended to September 25, 2020.
19 IT IS SO STIPULATED:

Dated: July 23, 2020                    Dated: July 23, 2020

*/s/ Robert S. Wagner*                  */s/ Nancy M. Erfle*
Robert S. Wagner, WSBA No. 14567        Nancy M. Erfle, WSBA No. 20644
rsw@miller-wagner.com                   nerfle@grsm.com
*Attorneys for Plaintiffs*              *Attorneys for Defendants Bayer Healthcare,
                                        LLC, Bayer Medical Care, Inc., and Bayer
                                        Healthcare Pharmaceuticals, Inc*

STIPULATED MOTION FOR EXTENSION OF TIME TO FILE BAYER DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT - Page 2
(3:20-cv-05468-JLR)

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 382-3852
Facsimile :  (503) 616-3600

HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| EMI C. LONG, aka EMI C. FARLEY and KIRK P. FARLEY, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>OLYMPIA EMERGENCY SERVICES, PLLC, a Washington Limited Liability Company; PACIFIC WOMEN'S CENTER, LLC, an Oregon Corporation; RICHARD BEYERLEIN, MD; PROVIDENCE ST. JOSEPH HEALTH, a Washington Corporation; PROVIDENCE HEALTH & SERVICES, a Washington corporation; PROVIDENCE HEALTH & SERVICES -WASHINGTON, a Washington corporation, dba PROVIDENCE ST. PETER HOSPITAL and PROVIDENCE MEDICAL GROUP; COREY SULLIVAN MD; JOHN NGO, DO; ARIN BRASETH, MD; BAYER HEALTHCARE, LLC, a Delaware Corporation; BAYER MEDICAL CARE, INC., a Delaware Corp.; and BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation;<br>Defendants. | Case No. 3:20-cv-05616-JLR<br><br>**ORDER GRANTING EXTENSION OF TIME FOR BAYER DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

/ / /

/ / /

ORDER GRANTING EXTENSION OF TIME
FOR BAYER DEFENDANTS TO ANSWER
OR OTHERWISE RESPOND TO
COMPLAINT - Page 1
(3:20-cv-05616-JLR)

Based on the stipulation of the parties, it is HEREBY ORDERED that the deadline for Defendants Bayer Healthcare, LLC, Bayer Medical Care, Inc., and Bayer Healthcare Pharmaceuticals, Inc. to answer or otherwise respond to the complaint is extended to September 25, 2020.

DATED this __24th__ day of __July__, 2020.

```
                              _____
                              HONORABLE JAMES L. ROBART
                              United States District Court Judge
```

ORDER GRANTING EXTENSION OF TIME
FOR BAYER DEFENDANTS TO ANSWER
OR OTHERWISE RESPOND TO
COMPLAINT - Page 2
(3:20-cv-05616-JLR)