UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMI C. LONG, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>OLYMPIA EMERGENCY SERVICES, PLLC, et al.,<br><br>　　　　　　Defendants. | CASE NO. C20-5468JLR<br><br>MINUTE ORDER CONSOLIDATING CASES |
| EMI C. LONG, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PROVIDENCE ST. JOSEPH HEALTH, et al.,<br><br>　　　　　　Defendants. | CASE NO. C20-5616JLR |

MINUTE ORDER CONSOLIDATING CASES - 1

1  The following minute order is made by the direction of the court, the Honorable James L. Robart:

The above-captioned cases are hereby consolidated.  All future pleadings related to either of the above entitled matters shall bear the consolidated caption of this order and shall be filed solely in case number C20-5468JLR.

Filed and entered this 6th day of August, 2020.

                                                          WILLIAM M. MCCOOL
                                                          Clerk of Court

                                                          s/Ashleigh Drecktrah
                                                          Deputy Clerk